

June 25, 2024

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.** 6/26/2024

The Clerk of Court is respectfully directed to terminate the open motion at Doc. 10.

**VIA ELECTRONIC FILING**

Hon. Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Khan v. A&H Security Services, LLC, Index. No. 1:24-cv-3491*

Dear Judge Broderick:

Our firm represents Defendant A&H Security Services, LLC in the above-referenced action.

The response to the Amended Complaint is currently due on July 2, 2024. Because I have a pre-planned vacation (and my colleagues on this matter also have pre-planned vacations) during the 14-day period to prepare the response to the Amended Complaint, we need additional time to prepare the response. I am writing to request a brief extension to July 9, 2024. This is Defendant's first request for an extension of the deadline to respond to the Amended Complain. Plaintiff's counsel has graciously consented to this request.

Additionally, in response to this Court's Order at Docket No. 17, Defendant plans to re-file a new Motion to Dismiss for the Amended Complaint. Accordingly, Defendant requests that this Court deem its initial motion moot without prejudice to refile a new motion.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Katherine McClung
Member